THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MICHAEL HERMANOWSKI, Appellant.

Argued December 5, 1938; decided January 3, 1939.

*Nathaniel Pressman* and *Herbert M. Gross* for appellant.

*Fred J. Munder, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.